[No. 71093-1-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CARL ADORNETTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05996-5, Barbara Linde, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[No. 71109-1-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN R. MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08500-3, Michael Hayden, J., entered October 21, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Trickey, JJ.

[No. 71208-0-I.   Division One.   March 2, 2015.]

DANIEL LUCHTERHAND, *Respondent*, v. CHARLES SILVERS ET AL., *Defendants*, MICHAEL CROSSAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-29367-8, Jay V. White, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Trickey, JJ.

[No. 71312-4-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH W. WHITEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01030-5, Michael Hayden, J., entered November 26, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.